UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-mc-00353 |
|---|---|---|---|
| In re: Application to Obtain Discovery for Use in International Proceedings Pursuant to 28 U.S.C. § 1782 | | | |
| *versus* | | | |
| | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mary Margret Utterback<br>King and Wood LLP<br>600 Fifth Avenue, 27th Floor<br>New York, New York 10020<br>E: meg.utterback@us.kingandwood.com; T: 347 926 7556<br>District of Columbia, Bar No. 436000<br>District of Columbia Court of Appeals, Bar No. 9112180300 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | CP International Inc. |

Has applicant been sanctioned by any bar association or court? Yes ________ No ✓

On a separate sheet for each sanction, please supply the full particulars.

**Applicant's Averment Regarding Court Procedures and Local Rules**
Applicant avers that Applicant has familiarized herself with Judge Charles Eskridge's Court Procedures and the Local Rules of the United States District Court for the Southern District of Texas. Applicant further avers that Applicant is not located within the Houston area.

| | |
|---|---|
| Dated: 8/11/2026 | Signed: M. M. Utterback |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: ______________________________

______________________________
United States District Judge